ORIGINAL FILED

07 MAY 24  AM 9:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC  DEPUTY

1  REN P. HEWITT
   United States Attorney
2  PAUL S. COOK
   Assistant U.S. Attorney
3  California State Bar No. 079016
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone:  (619) 557-5687

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Criminal Case No. 07cr1312-JAH
                                    )
11              Plaintiff,          )
        v.                          )   ORDER TO UNSEAL INDICTMENT
12                                  )
   PHUONG QUOC TRUONG (1),          )
13    aka "Pai Gow" John,           )
      aka John Truong,              )
14 VAN THU TRAN (2),                )
   TAI KHIEM TRAN (3),              )
15 ANH PHUONG TRAN (4),             )
   PHAT NGOC TRAN (5),              )
16 MARTIN LEE ARONSON (6),          )
      aka Martin Smith,             )
17 LIEM THANH LAM (7),              )
   GEORGE MICHAEL LEE (8),          )
18 TIEN DUC VU (9),                 )
   SON HONG JOHNSON (10),           )
19 BARRY WELLFORD (11),             )
   NAM VAN TO (12),                 )
20    aka "Tommy",                  )
   KHAI HONG TRAN (13),             )
21 JOHN TRAN (14),                  )
   WILLY TRAN (15),                 )
22    aka "Duy",                    )
   TUAN MONG LE (16),               )
23 DUC CONG NGUYEN (17),            )
   HAN TRUONG NGUYEN (18),          )
24 HA THUY GIANG (19),              )
      aka Thuy Ha Giang,            )
25                                  )
                Defendants.         )
26 _____)

27 //

28 //

| | |
|---|---|
| 1 | Upon motion of the UNITED STATES OF AMERICA and good cause |
| 2 | appearing therefor, |
| 3 | IT IS HEREBY ORDERED that the Indictment in case number |
| 4 | 07cr1312-JAH previously ordered sealed, be unsealed. |
| 5 | IT IS SO ORDERED. |
| 6 | DATED: 5/24/07 . |

_____
ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

KAREN P. HEWITT
United States Attorney

*/s/ Paul Cook*
PAUL S. COOK
Assistant U.S. Attorney